LIVERMONT, Respondent, v. WARD et al., Appellants.

(151 N. W. 46.)

(File No. 3719. Opinion filed February 20, 1915.)

**Appeals—Abandonment of Appeal—Appellants' Brief—Unexplained Default—Affirmance.**

There being nothing of record tending to explain or excuse appellant's apparent default in having filed no briefs, the appeal will be deemed abandoned.

Appeal from Circuit Court, Bennett County. Hon. WILLIAM WILLIAMSON, Judge.

Separate proceedings by Frank Livermont, Joseph E. Livermont, Alexander Livermont, and Louis C. Peck, against E. G. Ward and others, County Commissioners, and Edward B. Battelyoun, County Auditor, as the Board of Equalization of Bennett County, and H. B. Anderson, State Auditor. From a judgment for petitioners in each action, defendants appeal. Affirmed.

*H. M. Robertson,* State's Attorney, for Appellants.

*A. G. Granger,* for Respondents.

WHITING, J. The notice of appeal herein was served August 19, 1914. There is nothing of record tending to explain or excuse the apparent default of the appellants, who have filed no briefs in this court. The appeal will therefore be deemed abandoned.

The judgment of the trial court is affirmed.